IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARCIA FREDERICK, individually, and )
on behalf of all others similarly situated, )
                                          )
            Plaintiffs,                   )
                                          )
    v.                                    )   C.A. No. 1:18-cv-11299-IT
                                          )
UNITED STATES OLYMPIC COMMITTEE, USA      )
GYMNASTICS (formerly known as the United States )
Gymnastics Federation), RICHARD CARLSON,  )
MURIEL GROSSFELD, GEORGE WARD,            )
                                          )
            Defendants.                   )
_____)

**NOTICE OF APPEARANCE**

Please enter my appearance on behalf of the Defendant USA Gymnastics in the above-captioned matter.

                                    */s/ Donald R. Frederico*_____
                                    Donald R. Frederico, BBO No. 178220
                                    PIERCE ATWOOD LLP
                                    100 Summer Street, 22nd Floor
                                    Boston, MA 02110
                                    (617) 488-8100
                                    dfrederico@pierceatwood.com

CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2018, I caused my Notice of Appearance to be electronically filed with the Clerk of Court using the CM/ECF system which will distribute a copy of the document to all counsel of record.

                                    */s/ Donald R. Frederico*
                                    Donald R. Frederico

{W6900419.1}