IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARCIA FREDERICK, individually, and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>       v.<br><br>UNITED STATES OLYMPIC COMMITTEE, USA GYMNASTICS (formerly known as the United States Gymnastics Federation), RICHARD CARLSON, MURIEL GROSSFELD, GEORGE WARD,<br><br>                Defendants. | C.A. No. 1:18-cv-11299-IT |

**NOTICE OF APPEARANCE**

Please enter my appearance on behalf of Defendant USA Gymnastics in the above-captioned matter.

> */s/ Michael J. Derderian*
> Michael J. Derderian BBO No. 682757
> PIERCE ATWOOD LLP
> 100 Summer Street, 22nd Floor
> Boston, MA 02110
> (617) 488-8100
> mderderian@pierceatwood.com

CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2018, I caused my Notice of Appearance to be electronically filed with the Clerk of Court using the CM/ECF system which will distribute a copy of the document to all counsel of record.

> */s/ Michael J. Derderian*
> Michael J. Derderian