AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| Marcia Frederick ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:18-cv-11299 |
| United States Olympic Commitee, et al. ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States Olympic Committee.

Date:   9/26/2018

/s/ Michael M. Maya
*Attorney's signature*

Michael M. Maya (BBO #672847)
*Printed name and bar number*

Covington & Burling LLP
One CityCenter
850 Tenth St., N.W.
Washington, D.C. 20001
*Address*

mmaya@cov.com
*E-mail address*

(202) 662-6000
*Telephone number*

(202) 662-6291
*FAX number*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on September 26, 2018 the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), pursuant to Local Rule 5.4(c).

                /s/ *Michael Maya*
                Michael Maya