# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARCIA FREDERICK, individually, and on behalf of all others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| UNITED STATES OLYMPIC COMMITTEE, USA GYMNASTICS (formerly known as the United States Gymnastics Federation), RICHARD CARLSON, MURIEL GROSSFELD, GEORGE WARD, | ) ) ) ) ) ) |
| Defendant. | ) |

Civil Action No: 1:18-cv-11299

## NOTICE OF APPEARANCE

Kindly enter the appearance of Joseph P. Davis III of the law firm of Greenberg Traurig LLP as counsel for Defendant George Ward in the above-captioned matter.

Respectfully submitted,

*/s/ Joseph P. Davis III*
Joseph P. Davis III (BBO #551111)
GREENBERG TRAURIG LLP
One International Place, Suite 2000
Boston, MA 02110
Phone: (617) 310-6000
Fax: (617) 310-6001
davisjo@gtlaw.com
*Attorney for George Ward*

Dated: October 2, 2018

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2018, a true copy of the above **NOTICE OF APPEARANCE** was filed in accordance with the Court's Electronic Filing Guidelines and will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Joseph P. Davis