# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARCIA FREDERICK, individually, and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OLYMPIC COMMITTEE, USA GYMNASTICS (formerly known as the United States Gymnastics Federation), RICHARD CARLSON, MURIEL GROSSFELD, GEORGE WARD,<br><br>*Defendants*. | C.A. No. 1:18-cv-11299-IT |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

COMES NOW Plaintiff, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses all claims in this action against Defendants Muriel Grossfeld and George Ward with prejudice, each party to bear its own costs.

Dated: November 16, 2018

Respectfully submitted,

Plaintiff,

*/s/ Kimberly A. Dougherty*
Kimberly A. Dougherty (BBO. No. 658014)
Vance Andrus (to be admitted *pro hac vice*)
Aimee Wagstaff (to be admitted *pro hac vice*)
Lisa Lee (BBO. No. 684631)
ANDRUS WAGSTAFF, PC
19 Belmont Street
South Easton, MA 02375
(t) 508-230-2700
(f) 888-875-2889
kim.dougherty@andruswagstaff.com

AND

Lori E. Andrus (admitted *pro hac vice*)
Jennie Lee Anderson (admitted *pro hac vice*)
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, California 94104
(t) 415-986-1400
(f) 415-986-1474
lori@andrusanderson.com
jennie@andrusanderson.com

## **CERTIFICATE OF SERVICE**

      I, Kimberly A. Dougherty, hereby certify that a true and correct copy of the above and foregoing has been served on all known counsel of record via ECF, for those counsel registered to receive filings via ECF, on November 16, 2018.

*/s/ Kimberly A. Dougherty*
Kimberly A. Dougherty
